




# UNITED STATES DISTRICT COURT

NORTHERN District of WEST VIRGINIA

UNITED STATES OF AMERICA
v.
AMANDA SMITH

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:06CR33-07
USM No. 04095-087
Lisa M. Hawrot
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of the General and Standard Conditions of the term of supervision.

☐ was found in violation of ______________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant violated the General and Standard Condtion No. 7 by testing positive for cocaine on January 24, 2010. | 01-24-10 |
| 2 | The defendant violated Standard Conditions 1 and 6 in that on September 28, 2009, the defendant was found to be living in Wheeling West Virginia. The defendant did not have permission of the probation officer to either be in Wheeling, West Virginia or change her residence. | 09-28-09 |
| 3 | The defendant violated Standard Condition No. 3 in that on October 2, 2009, defendant ran from U.S. Probation Officer Joe Moore and failed to follow his instructions to stop. Defendant was unable to be located. | |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5448

Defendant's Year of Birth 1981

City and State of Defendant's Residence:
Wheeling, WV

March 15, 2010
Date of Imposition of Judgment

Frederick P Stamp Jr
Signature of Judge

Frederick P. Stamp, Jr., U.S. District Court Judge
Name and Title of Judge

March 15, 2010
Date

DEFENDANT: AMANDA SMITH
CASE NUMBER: 5:06CR33-07

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 (cont'd) | The defendant violated Standard Condition No. 3 in that on November 19, 2009, defendant failed to follow the instructions of the probation officer by refusing to give U.S. Probation Officer Joe Moore her location and phone number during a telephone conversation. | 11-19-09 |
| 4 | The defendant violated Standard Condition No. 9 in that on September 28, 2009, U.S. Probation Officer Moore was advised that the defendant obtained a residence with Sterling Wright, a convicted felon and on November 23, 2009, the defendant advised Officer Moore that she had established a relationship with Tom Opic, another convicted felon. The defendant did not have permission from the Probation Officer to associate with either of these individuals. | 11-23-09 |
| 5 | The defendant violated Standard Condition No. 11 in that the defendant was cited for Jaywalking by Wheeling Police Department. And on November 14, 2009, the defendant was cited for Simple Possession by Wheeeling Police Department. The defendant failed to notify U.S. Probation Officer Moore of contact with law enforcement within 72 hours of being arrested or questioned in each of these instances. | 11-24-09 |
| 6 | The defendant violated Special Conditions 1 and 2 in that the defendant has failed to attend mental health and substance abuse treatment as directed by U. S. Probation Officer Moore. | 02-18-10 |

DEFENDANT: AMANDA SMITH
CASE NUMBER: 5:06CR33-07

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Eighteen (18) months

X The court makes the following recommendations to the Bureau of Prisons:

X That the defendant be incarcerated at a facility as close to her home in Wheeling, West Virginia or Martins Ferry, Ohio as possible;

X and at a facility where the defendant can participate in substance abuse and mental health treatment, both as determined by the Bureau of Prisons.

☐ That the defendant be allowed to participate in any educational or vocational opportunities while incarcerated, as determined by the Bureau of Prisons.

X Pursuant to 42 U.S.C. § 14135A, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the Probation Officer.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ____________________ ☐ a.m. ☐ p.m. on ______________________________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____________________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

☐ on ____________________, as directed by the United States Marshals Service.

## RETURN

I have executed this judgment as follows:

______________________________________________________________________

Defendant delivered on ______________________________ to ______________________________

at ______________________________ , with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: AMANDA SMITH
CASE NUMBER: 5:06CR33-07

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : Zero (0) months

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The above drug testing condition is suspended, based on the court's determination that this condition has been satisfied during a previous term of supervision. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer unless previously collected by the Bureau of Prisons. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et. seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.